UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH PETER CANNAVO and KEY PARK,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | CASE NO. 13-cv-04739-RJD-RER<br><br>JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiffs Joseph Peter Cannavo and Key Park, by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 14, 2014

Respectfully Submitted,

_____
Kevin Mallon
FISHMAN & MALLON, LLP
305 Broadway, Suite 900
New York, NY 10007
Telephone: 212-822-1474
Email: consumer.esq@outlook.com

*Attorney for Plaintiff* ~~Timothy Lawrence~~

Dated: May 13, 2014

*(signature)*

Helena O. Ajudua
JONES DAY
222 East 41st Street
New York, NY 10024
Telephone: 212-326-3939
Email: hoajudua@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*